# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

FILED/REC'D

2026 MAR -9 A 10: 20

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

**JAMES CONNORS**

vs

(Full name of defendant(s))

**CHRIS RATHERMEL**

**PATRICIA DESIMONE**

**MICAH ONIXT**

Case Number:

26-cv-193-jdp

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of **WISCONSIN** and resides at
    (State)

    **1667 WOODLAND DR. Lake Geneva, WI 53147**
    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **CHRIS RATHERMEL, PATRICIA DESIMONE, MICAH ONIXT**
(Name)

is (if a person or private corporation) a citizen of **USA**

and (if a person) resides at **TENNESSE, ILLINOIS, ILLINOIS** (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **C2N DIAGNOSTICS, LLC, 4340 DUBCAB AVE, SAINT LOUIS, MO, 63110**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

CHRIS RATHERMEL, PATRICIA DESIMONE, MICAH ONIXT-

CHRIS RATHERMEL DENIED ME THE OPPORTUNITY FOR PROMOTION, RAISES,

CHIRS RATHERMEL MADE REPEATED NEGATIVE REMARKS TO C2N STAFF

AND LEADERSHIP CONCERNING MY AGE, AND RELIGIOUS BELIEFS.

ALL ALEGATIONS OCCURRED WHILE I WAS WORKING REMOTE IN WISCONSIN

FROM JUNE 2024 TO MARCH 2025. WHILE I WAS REMOTE IN WISCONSIN.

MR. RATHERMEL FILED A DEFAMATION SUIT AGAINST ME IN DELAWARE BASED

ON THE WRITTEN OBSERVATIONS FROM ME APPROVED BY MICAH ONIXT. I

WAS NEVER SERVED OR MADE AWARE OF THIS FORMAL CHARGE PURPOSELY

Attachment One (Complaint) – 2

PATRICIA DESIMONE DENIED ME MY RIGHT TO EMPLOYMENT WITHOUT CAUSE

. PATRICIA DESIMONE DENIED ME THE OPPORTUNITY FOR PROMOTION, RAISES

CONTINUED TO HARASS ME.ALL ALLEGATIONS OCCURRED JUNE 2022-MAR 202

MS DESIMONE IS DENYING ME MY RIGHT TO FREE HONEST SPEECH

MS DESIMONE DISCRIMINATED AGAINST ME ON MYRIAD OCCASIONS

DURING MY EMPLOYMENT WITH C2N DIAGNOSTICS, LLC AS IT DIRECTOR

 MS DESIMONE ATTEMTED TO FORCE ME TO VIOLATE HIPAA REGULATIONS

I WAS FORCED TO FILE A FORMAL HIPAA VIOLATION WITH HHS.

MS DESIMONE FILED A DEFAMATION CLAIM AGAINST ME IN THE

STATE OF DELAWARE FORMAL AFTER COMPLAINT WITH THE ILLINOIS DEPART

ATTORNEY DISCIPLINARY COMMISSION .BASED ON HER BEHAVIOR DIRECTED

AT ME WHICH WAS DISCRINATORY OF MY AGE, SEX, RELION,

AND SEXUAL ORIENTATION..

 I WAS NEVER ADVISED OF THIS COMPLAINT FILED IN DELAWARE

NOR WAS I EVER SERVED WITH  .ANY FORMAL NOTICE OF THIS CHARGE.

MS DESIMONE RESIDES IN ILLINOIS YET FILED A SUIT IN DELAWARE SO I

COULD NOT DEFEND AGAINST IT.

 AFTER I FILED A FORMAL COMPLAINT WITH HHS TO PROTECT C2N AND MYSEL

I WAS THE SUBJECT OF RENEWED HARASSMENT BY PAGRICA DESIMONE. THE

HARRASSMENT FOCUSED ON MY AGE, HEARING LOSS, RACE, AND RELIGION.

ATTACHMENT 2

# Statement of Claim

I THE PLAINTIFF JAMES CONNORS WHILE WORKING FOR C2N DIAGNOSICS, LLC, A CLINICAL REFERENCE LABORATORY HEADQUARTERED IN ST. LOIUS, MISSOURI, WAS THE SUBJECT OF CONTINUED HARRASSMENT BY CHRIS RATHERMEL, PATRICIA DESIMONE, AND MICAH ONIXT, ALL SENIOR LEADERS AT C2N DIAGNOSTICS, LLC, WHICH I WORKED FOR MOSTLY REMOTELY IN WISCONSIN, THEY TOOK THE FOLLOWING NEGATIVE ACTIONS AGAINT ME:

MY FIRST AMENDMENT RIGHT TO FREE HONEST SPEECH WAS DENIED BY THE DEFENDANTS CHRIS RATHERMEL, PATRICIA DESIMONE, AND MICHA ONIXT. MY RIGHT TO DUE PROCESS WAS DENIED BY THE DEFENDANTS' CONSPIRACY WHEN THEY SECRETLY AND REMOTELY FILED A CIVIL DEFAMATION SUIT AGAINST ME IN REMOTE DELAWARE WITHOUT NOTIFICATION TO ME.

JULY 2025 TO MARCH 2025, PATRICIA DESIMONE AND MICAH ONIXT HARRASSED ME BECAUSE OF MY AGE, RACE, RELIGION, DISABILITIES, FOR BEING A WHISTLE BLOWER, AND SEXUAL MY ORIENTATION DENYING ME PROMOTIONAL OPPORTUNITIES, RAISES AND BONUS COMPENSATION I HAD EARNED.

AFTER I LEFT EMPLOYMENT WITH C2N (WAS FORCED OUT) MARCH 2025, I WAS CHARGED WITH DEFAMATION IN A REMOTE STATE (DELAWARE) AND NOT ADVISED OF THESE PROCEEDINGS. THIS ACTION IS HARRASSMENT BECAUSE I FILED A HHS VIOLATION NOTICE, FILED COMPLAINTS WITH THE ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION (AGAIN DESIMONE, ONIXT) AND FILED AN EEOC ACTION (AGAINSTS DESIMONE AND ONIXT AND C2N AS A CORPORATION).

IN APRIL 2025 MY APPLICATION TO THE STATE OF EISCONSIN FOR UNEMPLOYMENT COMPENSATION WAS DENIED BY MS. DESIMONE.

THESE EPISODES OF HARRASSMENT HAVE CAUSED ME TO EXPERIENCE CHRONIC INSOMNIA, EATING DISORDERS, AND DEPRESSION.

.

ATTACHMENT COMPLAINT

MR. ONIXT REQUESTED DETAILED OBSERVATIONS BY IT DEPARTMENT STAFF WHICH I GAVE HIM. HE THEN USED THESE HONEST REMARKS TO FILE A DEFAMATION CHARGE IN DELAWARE AGAINST ME,

I FILED A CHARGE AGAINST MR OXINT WITH THE ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION CONCERNING WHAT I BELIEVED TO BE HIS UNETHICAL BEHAVIOR CONCRNING THE REPORTING OF A HIPAA VIOLATION, WHICH HE USED THIS COMPLAINT TO SAY I DEFAMED HIM. THERE WERE NO DEFAMATORY REMARKS ONLY A STATEMENT OF FACTS. THE DEFAMATION CHARGE WAS FILED IN DELAWARE AND I WAS NEVER MADE AWARE OF IT OR SERVED AND NOTIFICATION BY THE COURT.

MR. ONIXT HARRASSED ME FOR FILING A FORMAL NOTICE TO HHS CONCERNING A HIPAA BREACH THAT HE WANTED TO COVER UP.

MR. OXINT HARRASSED MAKING REMARKS ABOUT MY AGE AND DIABILITY WHILE I WORKED REMOTELY IN WISCONSIN FROM JULY 2022-TO MAR 2025.

C.   JURISDICTION

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

SEEKING MONETARY COMPENSATION IN THE AMOUNT OF $250,000

SEEKING THE VACATING OF ANY CIVIL DEFAMATION ACTION) AGAINST ME

IN THE STATE OF DELAWARE WITH PREDJUDICE.

SEEKING AN INJUNCTION -CEASE AND DESIST ORDER AGAINST C. RATHERMEL

,P. DESIMONE, AND M. OXINT FROM ENJOINING ME IN ANY

OTHER LITIGATION \ JURISDICTION IN ANY LOCATION UNTIL FOREVER.

Attachment One (Complaint) – 4

E.  **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case
OR
☐ Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Telephone Number
**262 581 3177**

Plaintiff's Email Address

**POST OFFICE BOX 1101**

**LAKE GENEVA, WISCONSIN 53147**

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.